## (March 16, 1961)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY CAPUTO, Appellant.— Motion for postponement of argument denied. Bergan, P. J., Coon, Reynolds and Taylor, JJ., concur.

## (March 20, 1961)

■ ELIAS H. JACOBS, Petitioner, v. GUSTAVE C. WIRTZ, as Village Clerk of the Village of Stamford, et al., Respondents.— Order affirmed. Stays contained in the order to show cause signed March 18, 1961, vacated. Motion for permission to appeal to the Court of Appeals denied. Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.